UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 0 7 2015
```

Andrea Brannon,

            Plaintiff,

–v–

City of New York, *et al.*,

            Defendants.

14-cv-2849 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court received the attached communication via email from the administrator of Plaintiff's estate. The Court sees no reason why this communication cannot be docketed, but will allow the Administrator one week to respond with any objections to filing this communication on the docket, and the reason for those objections. If the Administrator does not respond to this order by April 15, 2015, both the communication and this order shall be placed on the docket.

      If the Administrator wishes to file any matters under seal, he may request that matters be sealed pursuant to the Court's Individual Rule of Practice 4.A, and provide justification for such sealing as instructed in that rule. Defense counsel <u>must</u> be copied on any such communication with the Court, unless good cause exists for *ex parte* communication, in which case the Administrator shall explain the appropriateness of *ex parte* communication in his filing.

      SO ORDERED.

1

Dated: April __7__, 2015
New York, New York

_____
ALISON J. NATHAN
United States District Judge



**Brannon v. City of New York, 14-CV-2849**
Jon   to: NathanNYSDChambers                                    04/06/2015 04:26 PM

From:    Jon <jon@professional-troublemaker.com>
To:      NathanNYSDChambers@nysd.uscourts.gov

Hello,

I'll be filing a motion for substitution of parties in Brannon v. City of New York. Judge Nathan's individual rules (4.A) require communicating with chambers before filing a redacted/under seal document. I'd like to attach to my motion an under seal exhibit containing the Plaintiff's death certificate, which contains information that is redactable under Fed. R. Civ. P., Rule 5.2(a), and is otherwise appropriate for redaction because it contains sensitive information of which the family would like to limit dissemination.

Please advise if I have the Court's approval to file this document under seal.

Thank you,

Jonathan Corbett
Administrator
Estate of Andrea Brannon